IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

TARA AND MICHAEL CADLE,

        Plaintiffs,

v.                                            Civil Action No. 3:19-cv-00360

UNITED STATES OF AMERICA,

        Defendant.

## JOINT NOTICE OF PROPOSED SETTLEMENT WITH THE UNITED STATES OF AMERICA

COME NOW Plaintiffs, by and through Counsel, and inform the Court that a proposed settlement has been reached with Defendant, United States of America ("USA")[1], as to the pending claims against it.

                                                          **TARA AND MICHAEL CADLE,**

                                                          **By Counsel**

/s/C. Edward Amos, II_____
Scott S. Segal (WVSB #4717)
C. Edward Amos, II (WVSB #12362)
The Segal Law Firm
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, WV 25301
304-344-9100
304-344-9105 fax
*Counsel for Plaintiffs*

---

[1] The USA has no objections to Plaintiffs filing this Joint Notice.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**TARA AND MICHAEL CADLE,**

       **Plaintiffs,**

**v.**                                                    Civil Action No. 3:19-cv-00360

**UNITED STATES OF AMERICA,**

       **Defendant.**

## CERTIFICATE OF SERVICE

    I, C. Edward Amos, II, Esq., counsel for Plaintiffs, hereby certify that on **September 21, 2020**, I electronically filed the foregoing ***Joint Notice of Proposed Settlement with the United States of America*** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Fred B. Westfall, Jr. (WV Bar #3992)
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV 25326
*Counsel for Defendant*

                                    *s/C. Edward Amos, II*
                                    C. Edward Amos, II (WV Bar #12362)