IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TARA and MICHAEL CADLE,

        Plaintiffs,

v.                           CIVIL ACTION NO.   3:19-0360

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

The Court has been advised by counsel of the pending settlement of this action. It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1.    That this action be **STAYED**. The Court will lift the stay for good cause shown upon the motion of a party. Such motion must be made within thirty days of the entry of this Order.

2.    That the parties submit an agreed order of dismissal by **October 22, 2020**. If the parties fail to submit an agreed dismissal order by **October 22, 2020**, **the Court will enter an order dismissing the case without prejudice.** This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:     September 22, 2020

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE