IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TARA and MICHAEL CADLE,

        Plaintiffs,

v.                                 CIVIL ACTION NO. 3:19-0360

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

Pending is the Joint Motion to Extend Stay. ECF No. 35. The Court **GRANTS** the Motion and extends the stay of this matter to **November 22, 2020.** The parties will notify the Court once funding has occurred and the Court will enter the proposed order attached to the joint motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:      October 16, 2020

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE