IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**TARA AND MICHAEL CADLE,**

**Plaintiffs,**

v.                                             Civil Action No. 3:19-cv-00360

**UNITED STATES OF AMERICA,**

**Defendant.**

## NOTICE OF SETTLEMENT FUNDING

NOW COME Plaintiffs, by counsel, Scott S. Segal, C. Edward Amos, II, and The Segal Law Firm, and inform the Court that the proposed settlement with Defendant, United States of America [ECF No. 33], has been funded and the previously proposed Dismissal Order [ECF No. 35, Ex.1] can be entered by the Court pursuant to the previously entered Order extending the stay in the matter [ECF No. 36].

**Prepared By:**

/s/ *C. Edward Amos, II*
Scott S. Segal (WVSB #4717)
C. Edward Amos, II (WVSB #12362)
THE SEGAL LAW FIRM
A Legal Corporation
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Facsimile: (304) 344-9105

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

TARA AND MICHAEL CADLE,

        Plaintiffs,

v.                                                Civil Action No. 3:19-cv-00360

UNITED STATES OF AMERICA,

        Defendant.

## CERTIFICATE OF SERVICE

    I, C. Edward Amos, II, Esq., counsel for Plaintiffs, hereby certify that on **October 29, 2020**, I electronically filed the foregoing *Notice of Settlement Funding* with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Fred B. Westfall, Jr. (WV Bar #3992)
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV 25326
*Counsel for Defendant*

                                *s/C. Edward Amos, II*
                                C. Edward Amos, II (WV Bar #12362)