IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

TARA AND MICHAEL CADLE,

    Plaintiffs,

v.                                            Civil Action No. 3:19-00360

UNITED STATES OF AMERICA,

    Defendant.

## AGREED ORDER OF DISMISSAL

COME NOW plaintiffs, Tara Cadle and Michael Cadle, by counsel, and defendant United States of America, by counsel, and do hereby represent to the Court that this case has been fully compromised and settled and should be dismissed with prejudice and with each party bearing their own respective costs and attorney's fees.

NOW, THEREFORE, based upon representations of counsel, the Court does hereby **ORDER** that this case be **DISMISSED** with prejudice and with each party bearing their own respective costs and attorneys' fees.

The Court further **ORDERS** that a certified copy of this Order be sent to counsel of record.

ENTERED: This 29 day of Oct, 2020.

_____
ROBERT C. CHAMBERS
United States District Judge

**THIS ORDER PREPARED BY:**

**s/Fred B. Westfall, Jr.**
FRED B. WESTFALL, JR. (W.Va. Bar No. 3992)
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
304-345-2200
E: fred.westfall@usdoj.gov
Counsel for Defendant the United States of America

**SEEN AND APPROVED BY:**

**s/C. Edward Amos II**
C. Edward Amos II (WV Bar # 12362)
Scott S. Segal (WV Bar # 4717
The Segal Law Firm
810 Kanawha Boulevard East
Charleston, WV 25301
Counsel For Plaintiffs Tara and Michael Cadle